AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Liberty Mutual Insurance Company, et al.

*Plaintiff(s)*

v.  Civil Action No. 19cv95

Life Health Care Medical, P.C., et al.

*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Callinan, Esq.
Vanessa H. Hlinka, Esq.
Vincent F. Gerbino, Esq.
Bruno, Gerbino & Soriano, LLP
445 Broad Hollow Road - Suite 220
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/7/2019                         /s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Rider "A" to Summons in
Liberty Mutual Insurance Company, et al. v.
Life Health Care Medical, P.C., et al

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE COMPANY,      Docket No.:_____ (  )
LIBERTY INSURANCE CORPORATION, THE FIRST
LIBERTY INSURANCE CORPORATION, LM
INSURANCE CORPORATION, LIBERTY MUTUAL
MID-ATLANTIC INSURANCE COMPANY, LIBERTY
COUNTY MUTUAL INSURANCE COMPANY, LM
PROPERTY and CASUALTY INSURANCE COMPANY,
SAFECO COMPANY OF INDIANA, and AMERICAN
STATES INSURANCE COMPANY,

                                      Plaintiffs,

      -against-

LIFE HEALTH CARE MEDICAL, P.C.,
BEACON ACUPUNCTURE, P.C.,
MAHCEL REHAB PT, P.C.,
HAYEK CHIROPRACTIC, P.C.,
DR. WATSON CHIROPRACTIC, P.C.,
GENTLE HANDS PT, P.C.,
RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D.,
BITANG LI, L.AC.,
ISLAM MAHMOUD AHMED HASSAN SHERIF, P.T.,
RONALD ANTHONY HAYEK, D.C.,
GEORGE JOSEPH WATSON, D.C.,
ALANRO CURBO ALMEDILLA, P.T.,
SASHA CAMPBELL,
DANIEL URICH,
ALEX LADYZHENSKY,
DANIEL DANOVICH,
ADVANCED COLLECTIONS SERVICES, INC.,
JAMACIA REALTY CORP.,
JOHN DOES 1 through 20, and
ABC CORPORATIONS 1 through 20.

                                      Defendants.
------------------------------------------------------------------------X

**Named Defendants:**

**LIFE HEALTH CARE MEDICAL, P.C.**
C/O New York Secretary of State
99 Washington Avenue
Albany, New York 12231

**BEACON ACUPUNCTURE, P.C.**
C/O New York Secretary of State
99 Washington Avenue
Albany, New York 12231

**MAHCEL REHAB PT, P.C.**
C/O New York Secretary of State
99 Washington Avenue
Albany, New York 12231

**HAYEK CHIROPRACTIC, P.C.**
C/O New York Secretary of State
99 Washington Avenue
Albany, New York 12231

**DR. WATSON CHIROPRACTIC, P.C.**
C/O New York Secretary of State
99 Washington Avenue
Albany, New York 12231

**GENTLE HANDS PT, P.C.**
C/O New York Secretary of State
99 Washington Avenue
Albany, New York 12231

**RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D.**
1570 McDonald Street
Apartment 2b
Bronx, New York 10461

**BITANG LI, L.AC.**
6728 214th Street
Oakland Gardens, New York 11364

**ISLAM MAHMOUD AHMED HASSAN SHERIF, P.T.**
189 Graff Ave
Bronx, New York 10465

**RONALD ANTHONY HAYEK, D.C.**
168 Union Boulevard
Apartment 2C
Totowa, New Jersey 07512

**GEORGE JOSEPH WATSON, D.C.**
101 Cambon Ave
Saint James, New York 11780

**ALANRO CURBO ALMEDILLA, P.T.**
2255 Jefferson Street
 East Meadow, New York 11554

2030 Erma Drive
East Meadow, New York 11554

**SASHA CAMPBELL**
222-01 Hempstead Avenue
Queens Village, New York 11429

**DANIEL URICH**
200 Brighton 15th Street
Apartment 3E
Brooklyn, New York 11235

2821 W 12th Street
Apartment 4B
Brooklyn, New York 11224

**ALEX LADYZHENSKY**
362 Jefferson Avenue
Apartment 2L
Staten Island, New York 10306

**DANIEL DANOVICH**
1 Rocky Way
West Orange, New Jersey 07052

**ADVANCED COLLECTIONS SERVICES, INC.**
C/O New York Secretary of State
99 Washington Avenue
Albany, New York 12231

**JAMACIA REALTY CORP.**
C/O New York Secretary of State
99 Washington Avenue
Albany, New York 12231